UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENE PHILBROOK and KERRY PHILBROOK, *individually and on behalf of those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-CV-07379<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Gene Philbrook and Kerry Philbrook, by and through their undersigned counsel, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice their Complaint in the action styled *Philbrook v. Apple Inc.*, No. 2:24-CV-07379 (D.N.J.). No defendant in this action has answered the complaint or filed for summary judgment, and a class has not been certified.

Dated: January 16, 2025

**LOWEY DANNENBERG, P.C.**

By: *s/ Peter A. Barile III*
Peter D. St. Phillip, Jr.
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
Peter Demato
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone.: (914) 997-0500
Facsimile: (914) 997-0035
pstphillip@lowey.com
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com

**So ORDERED on 1/17/2025:**

*/s/ Julien Xavier Neals*
JULIEN XAVIER NEALS
United States District Judge

*Counsel for Plaintiffs and the Proposed Class*